UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

          v. : NO. 3:06CR21(EBB)

RAHEEN THOMPSON :

RULING ON MOTION TO WITHDRAW PLEA AGREEMENT

On October 10, 2006, defendant pled guilty to Count 2 of the indictment pursuant to a plea agreement. Defendant was sentenced on March 21, 2007, to a term of imprisonment of 120 months, supervised release for a term of 8 years and a special assessment of $100. He has moved to withdraw his plea agreement, which the court construes as a motion to vacate his plea, alleging his constitutional right to due process was violated by the government, assisted by his attorney.

Under Rule 11(d) of the Rules of Criminal Procedure a defendant may not withdraw a plea of guilty after the court has imposed sentence and the plea may be set aside only on direct appeal or collateral attack.

Accordingly, the motion [Doc. No. 405] is denied.

                        SO ORDERED.

                        _____
                        ELLEN BREE BURNS, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of April, 2007.