UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

                    v.           :  NO. 3:06CR21(EBB)

RAHEEN THOMPSON                :

RULING ON MOTION FOR APPEAL

      On May 4, 2007, a "Motion for Appeal", construed by the court as notice of appeal, was filed by defendant.  The motion itself was dated April 17, 2007.  Judgment entered against defendant on March 23, 2007.  As defendant was notified at the time of his sentencing, any notice of appeal was required to be filed within ten days.  Rule 4(b)(1)(A) Rules of Appellate Procedure.

      Even had this motion been timely filed, defendant had, in his plea agreement, waived his right to appeal as long as his sentence did not exceed 137 months.  Defendant was sentenced to a term of 120 months.

      The motion [Doc. No. 411] is denied.

SO ORDERED.


                               _____/s/_____
                               ELLEN BREE BURNS, SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of May, 2007.