AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

FILED
2012 MAY 11  P 6: 51
U.S. DISTRICT COURT
NEW HAVEN, CT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Raheen Thompson | ) | Case No: 3:06CR21(EBB) |
| | ) | USM No: |
| Date of Original Judgment:  March 21, 2007 | ) | |
| Date of Previous Amended Judgment: March 5, 2012 | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant   ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

  X  DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  March 5, 2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  May 10, 2012

/s/ Ellen Bree Burns, SUSDJ
Judge's signature

Effective Date: _____
*(if different from order date)*

ELLEN BREE BURNS, SR. U.S.D.J.
*Printed name and title*